IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN C. COX | : | CIVIL ACTION |
| v. | : | |
| FOSTER WHEELER, LLC, et al. | : | NO. 24-305 |

## ORDER

AND NOW, this 29th day of July, 2025, for the reasons stated in the forgoing Memorandum, it is hereby ORDERED that the motion of defendant Watts Water Technologies, Inc. to dismiss the complaint as to it for lack of personal jurisdiction (Doc. #58) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                        J.