IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEAN C. COX                         :         CIVIL ACTION
                                    :
        v.                          :
                                    :
FOSTER WHEELER, LLC et al.          :         NO. 24-305

ORDER

AND NOW, this 24th day of February 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Watts Regulator Co. to dismiss this action as to it for lack of personal jurisdiction (Doc. #119) is DENIED.

BY THE COURT:


/s/  Harvey Bartle III
                                              J.