IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN C. COX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER WHEELER, LLC et al. | : | NO. 24-305 |

ORDER

AND NOW, this 15th day of September 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant John Crane to exclude (in part) Captain Bruce Woodruff (USN, Ret.) (Doc. #180) is GRANTED IN PART and DENIED IN PART;

(2) The motion of defendant John Crane is GRANTED to exclude the expert testimony of Captain Bruce Woodruff related to the presence of John Crane products on the USS America from 1970 to 1974;

(3) The motion of defendant John Crane is otherwise DENIED; and

(4) The motion of defendant Watts Regulator Co. to exclude partial expert testimony of Captain R. Bruce Woodruff (Doc. #184) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.