IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN C. COX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER WHEELER, LLC et al. | : | NO. 24-305 |

ORDER

AND NOW, this 22nd day of September 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant John Crane Inc. to exclude the expert testimony of Royal A. Bunin, MBA (Doc. #182) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.