IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN C. COX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER WHEELER, LLC et al. | : | NO. 24-305 |

ORDER

AND NOW, this 27th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant John Crane Inc. to exclude certain opinions offered by plaintiff's expert, Dr. Steven Compton (Doc. #181) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.