IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN C. COX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER WHEELER, LLC et al. | : | NO. 24-305 |

ORDER

AND NOW, this 23rd day of November 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Watts Regulator Co. to exclude the expert testimony of Dr. Daniel DuPont and Dr. Arthur Frank (Doc. #185) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.